No. 71–1280. B. FORMAN CO., INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL and MR. JUSTICE POWELL are of the opinion that certiorari should be granted.

No. 71–1392. COUNTY BOARD OF EDUCATION OF FAYETTE COUNTY, TENNESSEE *v.* WALKER ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 71–1457. MONSANTO CO. *v.* ROHM & HAAS CO. C. A. 3d Cir. Motion of American Patent Law Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 71–1196. COREY ET AL. *v.* STATE SAVINGS & LOAN ASSN. ET AL., 406 U. S. 920; and
No. 71–5172. DUKES *v.* WARDEN, 406 U. S. 250. Petitions for rehearing denied.

No. 71–5845. COLEMAN *v.* CRAMER, 406 U. S. 910. Motion for leave to file petition for rehearing denied.

JUNE 21, 1972

No. 71–5217. JERNIGAN *v.* ECONOMY EXTERMINATING CO., INC., ET AL. Appeal from D. C. N. D. Ga. dismissed under Rule 60 of the Rules of this Court.